# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 50093 | **DATE** | September 13, 2007 |
| **CASE TITLE** | Swimelar vs. Astrue | | |

**DOCKET ENTRY TEXT:**

For the reasons stated in the attached Memorandum Opinion and Order, Claimant's Motion for Summary Judgment is granted and Defendant's Motion for Summary Judgment is denied. This case is remanded for a hearing into the unresolved inconsistencies between the VE's testimony and the Dictionary of Occupational Titles pursuant to Social Security Ruling 00-4p.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | JH |
|---|---|---|